IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| STACY ROGERS, et al., Individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, VIRGINIA,<br><br>Defendant. | Civil Action No. 3:11-cv-00620 |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

COMES NOW Defendant City of Richmond, Virginia ("Defendant"), and Plaintiffs, Stacey Rogers, et al. ("Plaintiffs") (collectively the "Parties"), by counsel, and represent to the Court that all matters in controversy between them have been amicably resolved and compromised, and jointly move the Court for approval of the Settlement Agreement jointly entered into.

Respectfully submitted,

/s/
Harris D. Butler, III (VSB No. 26483)
Zev H. Antell (VSB No. 74634)
BUTLER ROYALS, PLC
100 Shockoe Slip, 4th Floor
Richmond, Virginia 23219
Telephone: (804) 648-4848 phone
Facsimile: (804) 648-6814
Email: harris.butler@butlerroyals.com
zev.antell@butlerroyals.com

and

Craig J. Curwood (VSB No. 43975)
Curwood Law Firm
707 E. Main Street, Suite 1025
Richmond, VA 23219
Telephone: (804) 788-0808
Facsimile: (804) 767-6777
Email: ccurwood@curwoodlaw.com

*Counsel for Plaintiffs*

/s/
Robert R. Niccolini, Esquire
John B. Flood, Esquire
Damon P. Hart, Esquire
Joleen R. Okun, Esquire
Ogletree, Deakins, Nash, Smoak &
Stewart, P.C.
1909 K Street, N.W., Suite 1000
Washington, DC 20006

*Counsel for Defendant City of Richmond,
Virginia*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of July, 2012, I electronically filed the foregoing using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Brian K. Telfair, Deputy City Attorney
>Office of the City Attorney
>City Hall, Room 300
>900 E. Broad Street
>Richmond, VA 23219
>
>Robert R. Niccolini, Esquire
>John B. Flood, Esquire
>Joleen R. Okun, Esquire
>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
>1909 K Street, N.W., Suite 1000
>Washington, DC 20006
>
>*Counsel for Defendant City of Richmond, Virginia*

/s/
Zev H. Antell (VSB No. 74634)
Attorney for Plaintiffs
Butler Royals, PLC
100 Shockoe Slip, 4th Floor
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 648-6814
Email: zev.antell@butlerroyals.com